UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA BASHAM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15 CV 30 CDP |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As this case remains pending before the Southern District of California as part of MDL No. 2286,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [36] is denied without prejudice to being refiled in MDL No. 2286.  **No further documents should be filed in this case unless or until this case is remanded back to this Court by the MDL Panel.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2020.