UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA BASHAM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15 CV 30 CDP ) |
| MIDLAND FUNDING, LLC, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As this case has now been remanded from MDL No. 2286 and reopened,

**IT IS HEREBY ORDERED** that, within 14 days from the date of this Memorandum and Order, the parties shall each file a status report which sets out the following: an explanation of all discovery and motion practice that took place in the MDL and which is applicable to this case; a summary of all remaining discovery and motion practice that remains to be done in this case; and a proposed schedule for the remainder of this case, including a statement on the propriety of alternative dispute resolution.

**IT IS FURTHER ORDERED** that plaintiff's "motion to attach exhibits" is denied.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2021.