## Case Law

Arriola v. Safeco, 15 F.3d 1082 (9th Cir. 1993)

Boris v. Choice point Servs., inc., 249 f. supp. 2D851 (W.D. Ky.2003)

Midland Funding LLC v. Brent, 644 F. Supp. 2D 961, 970 (N.D. Ohio 2009)

Cortez v. Trans Union, LLC, Civil No. 05-5684 (E. D. Pa., April 26, 2007)

Allan v. Pennsylvania Higher Educ. Assistance Agency No. 19-2043 (6th Cir. 2020)"

Baker vs. Midland Credit 3:16-cv-02768-H-JLB

**Brady v. Credit Recovery Co., 160 F.3d 64, 67 (1st Cir. 1998)**

Camacho v. Bridgeport Fin. Inc. , 430 F.3d 1078, 1082 (9th Cir. 2005)

Campbell-Ewald Co. v. Gomez, 136 S. Ct. 663, 674 (2016)

Clark v. Absolute Collection Serv., Inc., 741 F.3d 487, 491 (4th Cir. 2014)

Dalton v. Capital Assoc., 257 F. 3d 409, 418019 (4th Cir. 2001)

**DeKoven v. Plaza Assocs ., 599 F.3d 578, 582 (7th Cir. 2010)**

Evans v. PortfolioRecovery Assocs.,889 F.3d 337, 345-46 (7th Cir. 2018)

Fischl v. General Motors Acceptance Corp., 708 F.2d 143, 151 (5th Cir. 1983);

Fox v. Citicorp Credit Servs., INC., 15F.3d 1507
Fustolo v. 50 Thomas Patton Drive, LLC , 816 F.3d 1 (1st Cir. 2016)
Gomez v. Campbell-Ewald Co., 768 F.3d 871, 877-79 (9th Cir. 2014), affd.

Hacket v. Midland Funding LLC, Case# 18-CV-6421 FPG, 9 (W. D. N. Y. Apr 29, 2019

Heintz v. Jenkins, 514 U.S. 291, 297, 115 S.Ct. 1489, 131 L.Ed.2d 395 (1995);

Hooks v. Forman, Holt, Eliades & Ravin, LLC , 717 F.3d 282, 286 (2d Cir. 2013).

Jackson v. Aman Collection Serv., No. IP 01-0100-C-T/K, 2001WL 1708829, (S.D.Ind. Dec. 14, 2001).

Jones v. Midland Funding, LLC, 755 F.Supp.2d393 (D.Conn.2010)

Jorgeson v. TRW, Inc., C.A. No. 963-286 (D. Or. 1998)

Kimber v. Federal Financial Corp., 668 F.Supp. 1480 (M.D.Ala. 1987)

Kolker v. Duke City Collection Agency, 750 F.Supp. 468, 469 (D.N.M. 1990);
Kuria v. Palisades Acquisition XVI, LLC, 752 F. Supp. 2D01293 (N.D. Ga. 2010)
**Lane House Constr., Inc. v. Triplett**, 533 S.W.3d 801 XXVIII. (Mo. App., 2017).

Mason v. Midland Funding LLC No. 1:16-cv-02867-cc-rgv, 2017 wl. 6994577

Basham vs. Midland Funding-cv-04:15-00030-C DP

McIntosh v. Controlled Credit Corp., , 2018 WL 4761456, at *7 (S.D. Ohio Sept. 30, 2018)

McKinney v. Cadleway Properties, Inc., 548 F.3d 496, 507 (7th Cir.2008)

Meyer v. Portfolio Recovery Assoc., LLC (9thCir. 2012) 707 F.3d 1036, 1043

Midland Funding LLC v. Biehl, 5th Dist. Stark No. 2013 CA 00035, 2013-Ohio-4150, ¶ 24

Midland Funding, LLC v. Snedeker, 5th Dist. Licking No. 13-CA-56, 2014-Ohio887, ¶ 21.

Miller v. McCalla, Raymer,Padrick, Cobb, Nichols, & Clark, L.L.C., 214 F.3d 872 (7th. Cir.2000);
Morgan vs. Vogler 4:15-cv-01654-SNLJ Doc #101 XXXV. 10/03/2017

Mueller v. Barton, 4:13-CV-2553 CAS, 2014 WL 4546061, (E.D. MO. SEPT. 12, 2014)

Oei v. N. Star Capital Acquisitions, LLC, 486 F.Supp.2d 1089, 1095 (C.D. Cal., 2006).
Purnell v. Arrow Fin. Servs., LLC, 303 Fed. App'x (6th Cir. 2008)
Quale v. Unifund CCR Partners, 682 F. Supp. 2D) S.D. Ala. 2010)
*Ramsey v. Receivables Performance Mgmt., LLC*, Case No. 1:16-cv-1059, 2020 U.S. Dist. LEXIS 236094 (S.D. Oh. December 15, 2020)
Republic Nat. Bank of Miami v. United States, 506 U.S. 80, 98 (1992)
Riveria v. MAB Collections, Inc., 682 F. Supp. 174, 175-76 (W.D.N.Y. 1988);

Romine V. Diversified Collection Services, Inc., 155 F.3d 1142, 1146 (9th Cir. 1998);

Royal Fin. Grp., LLC v. Perkins, ED98991, 2013 WL4419343 (Mo. Ct. App. Aug 20, 2013)

Saund rs v. Branch Banking and Tr. Co. Of VA., 526 F.3d 142, 150 (4th Cir. 2008)

Savino v. Computer Credit, Inc., 164F.3d 81, 85 (2d Cir.1998)

Semper V. JBC Legal Grp., 2005 WL 2172377 (W D Wash. Sept. 6, 2005)
Slenk V. Transworld Sysl, Inc., 236 F.3d 1072, 1075 (9th Cir.2001); 15 U.SC.& 1692 a(5);

Smith v. Lyons, Doughty & Veldhuius, P.C., No. 07-5139, 2008 WL 2885887, (D. N. J. July 23, 2008);

Whatley v. Universal Collection Bureau, Inc., 525 F.Supp. 1204, 1206 (N.D.Ga. L1981);

White v. Imperial Adjustment Corp., 2002WL 1809084 (E. D. La. 2002)

Williams v. Schanck, Case No.: 5:15-cv-01434-MHH, 2021 U.S. Dist. LEXIS

Williams v. Javitch, Block & Rathbone, llp, 480 F. Supp. 2D 1016, 1023 (S.D. Ohio 2007)

Withers v. Eveland, 988 F.Supp. 942, 945 (E.D.Va. 1997);

Basham vs. Midland Funding-cv-04:15-00030-C DP