# INDEX OF EXHIBITS

| Number/letter | DATE | Description |
|---|---|---|
| I (A) | 01/04/10 | CHASE FAXED DISPUTED |
| I (B) | 02/22/2010 | CHASE PAY SETTLEMENT WITH JUNIPER 3 pages 5943 |
| II (A) | 06/20/10 | MIDLAND C NOTICE OF COLLECTIONS 1138 |
| II (B) | 06/21/10 | MIDLAND C NOTICE OF COLLECTION 1138 |
| III (A) | 07/29/10 | MIDLAND C DISPUTED DEBT CEASE COMM. 5657 |
| IV (A) | 08/28/10 | MIDLAND C DISPUTED DEBT CEASE COMM. |
| IV (B) | 10/21/10 | MIDLAND C DISPUTED DEBT CEASE COMM. |
| IV (C) | 10/21/10 | BLANK USER AGREEMENT MCM |
| IV (D) | 12/18/12 | MIDLAND C DISPUTED DEBT CEASE COMM. |
| IV (E) | 01/24/13 | MIDLAND BARCLAY CEASE COMMUNICATION |
| V (A) | 06/27/13 | G & M DISPUTED DEBT CEASE COMM. |
| VI (A) | 07/31/13 | G & M COPY OF SETTLEMENT 1138 AND 8658 4 PAGES |
| VI (B) | 07/31/13 | G & M VERIFICATION OF DEBT CHASE |
| VI (C) | 07/31/13 | G & M BLANK USER AGREEMENT |
| VI (D) | 07/31/13 | AFFIDAVIT FROM LAVERGNE, purchase date 2/4/10 |
| VII (A) | | REPEATED IV © SO DELETED |
| VII (B) | 12/17/13 | PAGE 8 OF 25 EXPERIAN |
| VII © | 12/17/13 | PAGE 9 OF 25 EXPERIAN |
| VII (D) | 12/17/13 | PAGE 19 OF 25 EXPERIAN |
| VII (E) | | BREAKDOWN OF FDCPA |

BASHAM VS. MIDLAND FUNDING CASE# 04:15:CV0030CDP                                    1

| | | |
|---|---|---|
| VII (F) | 01/08/14 | G & M DENNIS OWENS CEASE LETTER 4 PAGES |
| VIII (A) | 01/14/14 | G & M ACKNOWLEDGMENT OF CEASE |
| VIII (B) | 01/14/14 | G & M STATEMENT OF DEBT JUNIPER |
| VIII (C) | 01/14/14 | VERIFICATION AS TO CARLA RODRIGUEZ |
| VIII (D) | 01/14/14 | G & M BLANK USER AGREEMENT |
| IX (A) | 06/02/14 | PAGE 3 OF 7 CREDIT KARMA |
| IX (B) | 06/02/14 | PAGE 4 OF 7 CREDIT KARMA |
| IX © | 06/02/14 | PAGE 5 OF 7 CREDIT KARMA |
| X (A) | 06/02/14 | IX (A) DUPLICATE SO DELETED |
| XI (A) | 03/23/2010 | see EXH VI (A) LETTER STAMPED CHASE |
| XII (A) | 12/03/19 | AFFIDAVIT FORD ABUSE BY MID. AND GAM. 10 PG. |
| XII (B) | | MESSAGE LOG FROM WORK BY FORD |
| XII (C) | 12/31/13 | PROVIDED BY FORD LOSS OF INCOME 2012-2018 |
| XIII (A) | 09/15/14 | ANSWERED SPOOFING CALLS TO FAMILY |
| XIII (B) | 09/15/14 | MCI PROVIDED BY FORD |
| XIII (C) | 12/18/13 | MCI PROVIDED BY FORD |
| XIII (D) | 03/18/13 | MCI PROVIDED BY FORD 2 PAGES |
| XIII (E) | 01/18/14 | MCI PROVIDED BY FORD 2 pages |
| XIII (F) | 02/18/14 | MCI PROVIDED BY FORD |
| XIII (G) | 12/18/14 | FAX TO MCM |
| XIV (A) | | BREAKDOWN OF MCM-BASHAM000236 |
| XIV (B) | 02/23/13 | AT&T STATEMENT SHOWS CHARGED BY MINUTE |
| XV (A) | 08/01/11 | EIN FOR ELISHA FORD |

| | | |
|---|---|---|
| XVI (A) | | |
| XVII (A) | 12/01/19 | AFFIDAVIT OF MYRANDA EVANS |
| XVII (B) | 03/20/14 | DISMISSAL OF 13CF-AC00460 |
| XVII (C) | 03/01/21 | AT&T SPOOFING EXAMPLES CALLS 12 PAGES |
| XVII (D) | 09/16/21 | CALLS SAME TIME ANSWERED ON ACCOUNT |
| XVII (E) | 10/09/21 | ANSWERED AND NOT ANS. CALLS MCM MARKED -1 |
| XVIII (A) | 03/10/14 | LETTER OF TEDDY PARKER |
| XIX (A) | 10/26/13 | AT&T SPOOFING ANSWERED CALLS MCM |
| XIX (B) | 12/31/13 | AT&T BREAKDOWN OF NUMBERS FROM MCM |
| XX (A) | 05/04/10 | CENTURY LINK DO NOT CALL LIST FOR CELL |
| XXI (A) | | CALLS TO DIFFERENT NUMBERS AT SAME TIME |
| XXII (A) | | ACTUAL CALLS ON DATES TO VERIFY SPOOFING |
| XXIII (A) | 07/29/19 | EMAIL TO A PONCE FORWARD TO GALLEGOS |
| XXIV (A) | 11/15/19 | MOTION TO COMPEL MIDLAND w subpoena |
| XXIV (B) | | DISMISSAL 14 CF-AC00113 DUPLICATE SEE XXVI (B) |
| XXIV (C) | 07/29/13 | AMY GALLEGOS DISCOVERY COMPLETE |
| XXV (A) | | CREDIT KARMA COMPILATION DELETED |
| XXVI (A) | 03/20/14 | DUPLICATE SEE EX XIV (A) |
| XXVI (B) | 08/13/14 | DISMISSAL 14CF-AC00113 DUPLICATE |
| XXVII (A) | 08/02/19 | AT&T subpoena to obtain cellular records |
| XXVIII (A) | 09/02/13 | SEE XVIII (A) DUPLICATE |
| XXIX (A) | | DISCOVERY REQUEST GALLEGOS, TOTINO 2 PGS. |
| XXX (A) | 10/27/16 | AT&T CALLS TO EMPLOYERS CELL |
| XXXI (A) | | BATES MCM-BASHAM000001 |
| XXXI (B) | | BATES MCM-BASHAM000004 |

| | | |
|---|---|---|
| XXXI (C) | | BATES MCM-BASHAM000005 |
| XXXI (D) | 12-12-13 | BATES MCM-BASHAM000006 |
| XXXI (E) | | BATES MCM-BASHAM000008 |
| XXXI (F) | | BATES MCM-BASHAM000010 |
| XXXI (G) | | BATES MCM-BASHAM000015 |
| XXXI (H) | | BATES MCM-BASHAM000019 |
| XXXI (I) | | BATES MCM-BASHAM000091 |
| XXXI (J) | | BATES MCM-BASHAM000092 |
| XXXI (K) | | BATES MCM-BASHAM00095 |
| XXXI (L) | | BATES MCM-BASHAM000023 |
| XXXI (M) | | BATES MCM-BASHAM000181 |
| XXXI (N) | | BATES MCM-BASHAM000104 |
| XXXI (O) | | BATES MCM-BASHAM0000167 |
| XXXI (P) | | BATES MCM-BASHAM000169 |
| XXXI (Q) | | BATES MCM-BASHAM000172 |
| XXXI ® | | BATES MCM-BASHAM000011, 000012 |
| XXXI (S) | | BATES MCM-BASHAM000188 |
| XXXI (T) | | BATES MCM-BASHAM000181 |
| XXXII (A) | | BATES GAMACHE BATCHED |
| XXXIII (A) | | PG 1248, 1256, 1260, 1264 |
| XXXIV (A) | | **PRELIMINARY STATEMENT 12 PAGES** |

NOTE: MOST RECORDS GIVEN TO DEFENDANTS IN THE MDL, INCLUDING CELL RECORDS TO A THUMB DRIVE RECEIVED RETURN RECEIPTS MARKED COVID, THOSE NOT GIVEN IN MDL WERE SENT TO EACH DEFENDANT BEFORE TRIAL LISTED BELOW

XII (A) CORRECTED TO MEET AFFIDAVIT GIVEN AFTER MDL

XVII (E), XVII C, D, E, XIX A, XXII A, B, XXXIII(A) INVOLVED AT&T RECORDS GIVEN ON THUMB DRIVE TO EACH DEFENDANTS

XII (B), XIII (A), GIVEN AFTER

XIV (A), XVI (A), GIVEN AFTER

BASHAM VS. MIDLAND FUNDING CASE# 04:15:CV0030CDP                    4

DISCOVERY AND SUBPOENAS GIVEN AFTER TO MCM AND G & M, BUT NO DISCOVERY HAS BEEN GIVEN PLAINTIFF OUTSIDE OF BATES LABELS OR MDL

MCM AND G & M HAVE OBJECTED TO EVERY INTERROGATORY AND QUESTION AND STATED THAT MY SECOND SET OF QUESTIONS WAS PAST DATE SO NOT ANSWERED THAT WAS SENT TO THEM ON THE 3RD OF OCTOBER, BUT PREVIOUS REQUESTS STATED THAT I MAY SUPPLEMENT WITH FURTHER.

G & M SCHEDULED DEPOSITION FOR 3 DAYS 09/19-09/21, AND I REPLIED AVAILABLE, BUT they NEVER CALLED, EMAILED, OR TEXTED AND FORCED PLAINTIFF TO BE AVAILABLE FOR SOMETHING THAT NEVER TOOK PLACE.

Plaintiff emailed them, when they did not call and they never responded, until 10/25/21 by email.

THEY STATE THEY NEVER SENT A DEFINITE SCHEDULE, AND WANTS TO RESCHEDULE THE END OF OCTOBER, BUT PLAINTIFF HAS RESCHEDULED APPOINTMENTS SHE SET ASIDE FOR THEIR PREVIOUS DATES, and cannot be available until after 11/04/2021.

Plaintiff tried to send discovery via email, and it kept rejecting, this was by reply to their last email, finally I sent it to another email they gave, and have sent copies of all other disclosures as listed on 10/28/21 by fax and mail.

Sincerely,

ANGELA D. BASHAM